IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**STEPHEN MICHAEL SEPHUS**                                              **PLAINTIFF**

**V.**                       **CIVIL ACITON NO. 3:12-cv-15-HTW-LRA**

**MISSISSIPPI DEPARTMENT OF CORRECTIONS, et al**         **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter has come before this court by the Report and Recommendation of United States Magistrate Judge Linda Anderson [docket no. 44], which explicitly notified the respective parties in the above-styled and numbered cause that failure to file written objections to the findings and recommendations contained therein within fourteen (14) days from the date of filing would bar further appeal in accordance with Title 28 U.S.C. § 636. This court, finding that there have been no submissions of written objections by any party, hereby adopts said Report and Recommendation as the order of this court. The respondents' motions to dismiss [docket nos. 25 and 43] are hereby granted.

**IT IS THEREFORE ORDERED** that this case is dismissed for the reasons discussed in the Magistrate Judge's Report and Recommendation dated February 11, 2013.

**SO ORDERED AND ADJUDGED, this the 27th of FEBRUARY, 2013.**

                                                **s/ HENRY T. WINGATE**
                                                **UNITED STATES DISTRICT JUDGE**